# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| DEAN NAYLOR, An Individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF MUSCATINE, IOWA, A Public Agency; SHERIFF CHRISTOPHER J. ("C.J.") RYAN, An Individual in His Official Capacity as Sheriff of Muscatine County, Iowa and in His Individual Capacity; and DOES 1 THROUGH 50, Inclusive.<br><br>　　　　Defendants. | CASE NO. 3:22-cv-00040-RGE-SBJ<br><br>**DEFENDANTS COUNTY OF MUSCATINE AND SHERIFF CHRISTOPHER J. RYAN'S PRE-ANSWER MOTION TO DISMISS COUNTS I – III PER RULE 12(b)(6)** |

COME NOW Defendants, County of Muscatine, Iowa, A Public Agency (the "County"); and Sheriff Christopher J. ("C.J") Ryan, An Individual in His Official Capacity as Sheriff of Muscatine County and in His Individual Capacity ("Ryan") by and through their undersigned counsel, and hereby file this motion to dismiss Plaintiff's Complaint Counts I, II, and III pursuant to Rule 12(b)(6) and Local Rule 7 and state as follows:

1.　In his Complaint, Plaintiff assets four claims against the County and three claims (Counts I, II, and III) against Ryan.

2.　Plaintiff's first, second, and third counts (Counts I, II, and III) must be dismissed against the County and Ryan in his individual and official capacities pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3.　The claims in Counts I, II, and III are subject to a two-year statute of limitations and the Complaint was filed nearly six weeks beyond the deadline thus making them untimely and barred.

#3379610

4. Per Local Rule 7(d), a brief in support of this motion to dismiss is filed contemporaneously herewith which is incorporated by reference as though fully reiterated herein.

/s/ Michele L. Brott
Michele L. Brott AT0010068
Kacy Flaherty-Tarpey AT00013761
Dentons Davis Brown P.C.
215 10th Street, Suite 1300
Des Moines, Iowa 50309-3993
Telephone:  (515) 288-2500
Facsimile:   (515) 243-0654
Email:  michele.brott@dentons.com
Email:  kacy.flaherty-tarpey@dentons.com

**ATTORNEYS FOR DEFENDANTS**

Copies to:

Robert R. Anderson
Law Office of Robert R. Anderson
P.O. Box 236
Nevada, IA 50201
Telephone: (515) 382-1278
Email:  BobAnderson7@msn.com

Ray D. Hacke
Emily C. Mimnaugh
PACIFIC JUSTICE INSTITUTE
P.O. Box 5229
Salem, OR 97304
Phone (503) 917-4409
Email: rhacke@pji.org
Email: emimnaugh@pji.org

**ATTORNEYS FOR PLAINTIFF**

**PROOF OF SERVICE**:

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on July 13, 2022 by:

☐ US Mail          ☐ FAX
☐ Hand Delivered   ☐ Overnight Courier
☐ Federal Express  ☒ Other: CM/ECF Filing

Signature:  /s/ Michele L. Brott