IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| DEAN NAYLOR, | |
| Plaintiffs, | 3:22-cv-00040-SBJ |
| vs. | ORDER REGARDING PERMISSION TO BRING ELECTRONIC DEVICES INTO THE COURTHOUSE FOR SETTLEMENT CONFERENCE |
| COUNTY OF MUSCATINE, ET AL., | |
| Defendants. | |

The following individuals are authorized to carry personal electronic devices, including cellphones and laptop computers, into the Des Moines courthouse for the duration of the Settlement Conference scheduled to begin at **9:00 AM CST** on **November 5, 2026**:

  Dean Naylor, Plaintiff;

  Robert Anderson, Attorney for Plaintiff;

  Sorin Leahu, Attorney for Plaintiff;

  Shirley Naylor, Plaintiff's wife;

  Maggie Hanson, Attorney for Defendant;

  Katelynn McCollough, Attorney for Defendant;

  Jim Barry, Attorney for Defendant; and

  Brandon Choos, Defendant Insurance Claims Representative.

Counsel and attendees are reminded to adhere to the additional requirements of Local Rule 83C, and that they may only use the electronic devices for purposes of the Settlement Conference and in their designated rooms.

  IT IS SO ORDERED

  DATED October 31, 2026.

_____
William P. Kelly
UNITED STATES MAGISTRATE JUDGE